

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* STEPHEN J. GIATRELIS, Debtor | Ch. 13 21-10667-JEB |

### Order

**MATTER:**

#18 Motion For Voluntary Dismissal filed by Debtor Stephen J. Giatrelis

Granted. This case is dismissed pursuant to 11 U.S.C. § 1307(b).

Dated: 6/14/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge